CRIGINAL

**FILED**

12/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0585

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0585

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

ALVIAN ERREVY MARQUEZ,

    Defendant and Appellant.

**FILED**

DEC 2 2 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Counsel for Appellant Alvian Errevy Marquez filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Marquez time to respond, but no response was filed.

    The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised in a direct appeal of Marquez's conviction in this case.

    Therefore,

    IT IS ORDERED that this appeal is DISMISSED.

    The Clerk is directed to provide copies of this Order to all counsel of record and to Marquez personally.

    DATED this 22 day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices